USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL PENA,

               Plaintiff,

        -against-

9-15 POST HOLDING LLC; BARBERRY ROSE
MANAGEMENT, INC.; and ELIO&SONS2 LLC,

               Defendants.

23-CV-6629 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

     WHEREAS on July 30, 2023, Plaintiff filed a complaint against Defendants under the

Fair Labor Standards Act, *see* Dkt. 1;

     WHEREAS Plaintiff has filed proof of service as to all Defendants, Dkt. 5;

     WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed,

*see id.*; and

     WHEREAS no defendant has either appeared or answered.

     IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why

default judgment should not be entered against all Defendants, in accordance with this Court's

Individual Practices, by no later than **September 15, 2023**.

**SO ORDERED.**

Date:  **August 30, 2023**
       **New York, New York**

_____
      **VALERIE CAPRONI**
    **United States District Judge**

1