# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118


**MEMO ENDORSED**

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

October 6, 2023

**VIA ECF**
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/23

Re: *Miguel Pena v. 9-15 Post Holding, LLC, et al.,*
Case No. 1:23-cv-06629 (VEC)

Dear Judge Caproni:

My office represents defendants/cross-defendants Barberry Rose Management, Inc. ("Barberry Rose") and 9-15 Post Holdings, LLC ("9-15 Post" and, together with Barberry Rose, the "Cross-Defendants") in the above-referenced action. Pursuant to Sections 2.A and 2.C of Your Honor's Individual Practices in Civil Cases, I write to respectfully request, on consent, a one-week extension of time for the Cross-Defendants to answer the cross-claim raised in defendant/cross-claimant Elio&Sons2 LLC's ("Elio&Sons2") Answer, filed September 12, 203, *nunc pro tunc*, through Friday, October 13, 2023.

Based on the date of filing of Elio&Sons2's Answer, the Cross-Defendants were due to serve a response to the cross-claim on or before Tuesday, October 3. *See* Dkt. 14. This is the first request by the Cross-Defendants for an extension relative to this deadline.

Through my own oversight, I failed to appreciate at the time of the Answer's filing that a cross-claim had been asserted. I seek the Court's leave to correct this error. I have conferred with counsel for Elio&Sons2, who consents to this application. If granted, no other scheduled deadlines or appearances will be affected by this request.

I thank the Court for its consideration of this request.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Cross-Defendants*

By: Stephen P. Pischl | Partner

**CLIFTON BUDD & DEMARIA, LLP**

Hon. Valerie E. Caproni, U.S.D.J.
October 6, 2023
Page 2

cc: **VIA ECF**
    THE LAW OFFICES OF WAYNE KREGER
    *Attorneys for Elio&Sons2*

    ABDUL HASSAN LAW GROUP PLLC
    *Attorneys for the Plaintiff*

Application GRANTED. Cross-Defendants' deadline to respond to the cross-claim is **October 13, 2023**.

SO ORDERED.

*[signature: Valerie Caproni]*          October 10, 2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE